UNITED STATES of America, Plaintiff–Appellee

v.

Jennifer Lou BLAKE, Defendant–Appellant.

No. 07–10907
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

March 5, 2008.

J. Michael Worley, Nancy E. Larson, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Jerry V. Beard, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before KING, STEWART, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jennifer Lou Blake raises arguments that are foreclosed by *United States v. Hinson,* 429 F.3d 114, 119 (5th Cir. 2005), which held that a defendant is not entitled to a jury trial to determine whether the terms of supervised release have been violated. The Government's motion for summary affirmance is GRANTED,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.